926

No. 533, Misc. KLINES *v.* FITZHARRIS, TRAINING FACILITY SUPERINTENDENT, ET AL.;

No. 758, Misc. WOLENSKI *v.* SHOVLIN, STATE HOSPITAL SUPERINTENDENT;

No. 841, Misc. HAYES *v.* WAINWRIGHT, CORRECTIONS DIRECTOR;

No. 889, Misc. PARK *v.* CALIFORNIA ADULT AUTHORITY ET AL.; and

No. 906, Misc. GARNER *v.* YEAGER, PRINCIPAL KEEPER, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 877, Misc. WION *v.* WILLINGHAM, WARDEN. Motion for leave to file petition for writ of habeas corpus and other relief denied.

No. 476. SEARS, ROEBUCK & CO. *v.* CARPET, LINOLEUM, SOFT TILE & RESILIENT FLOOR COVERING LAYERS, LOCAL UNION No. 419, AFL–CIO, ET AL. C. A. 10th Cir. Motion of American Retail Federation for leave to file a brief as *amicus curiae* granted. Motion of Terminal Freight Handling Co. et al. for leave to file a brief as *amici curiae* granted. Certiorari granted. *Gerard C. Smetana* and *Alan Raywid* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent Waers, NLRB Regional Director. *Brice I. Bishop* and *Phil B. Hammond* for American Retail Federation as *amicus curiae* in support of the petition. *Charles C. Kieffer* for Terminal Freight Handling Co. et al. as *amici curiae* in support of the petition. 